UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:19-cr-00184 |
| | * | 18 U.S.C. § 1951 |
| VERSUS | * | |
| | * | JUDGE |
| KORRYON CARTER | * | MAGISTRATE JUDGE Kay |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Interference with Commerce by Robbery
[18 U.S.C. § 1951]

On or about June 30, 2018, in the Western District of Louisiana, the defendant, KORRYON CARTER, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to Jimbo's Quick Stop, a gas station, convenience store, and restaurant located in Lake Charles, Louisiana, from the persons and presence of two employees of the business, consisting of approximately $300 in U.S. currency, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, all in violation of Title 18, United States Code, Section 1951. [18 U.S.C. § 1951].

DAVID C. JOSEPH
United States Attorney

DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618